## Case No. 1,354.

### In re BERRY.

[2 Cranch, C. C. 13.] [1]

Circuit Court, District of Columbia. Nov. Term, 1810.

UNITED STATES COURTS — DISTRICT OF COLUMBIA —JURISDICTION—FERRIES.

This court sitting in Alexandria, has only the powers of a county court of Virginia in relation to ferries.

[Petition by Thomas Berry for a ferry from Alexandria, Hunting Creek Warehouse, to Addison's, in Maryland.]

The petitioner had a right to keep a ferry from Addison's, in Maryland, to Alexandria. See the act of Virginia of 26th December, 1792, p. 227, § 11, and [Act March 3, 1801,] 2 Stat. 115, [§ 1.]

THE COURT, (THRUSTON, Circuit Judge, absent,) refused.

1. Because they had no right to appropriate a public landing to the purposes of a ferry.

2. Because the old ferry from Hunting Creek to Addison's having been disused for more than two years and six months, had been discontinued under the act of Virginia, and the court had no right to grant a new ferry; having only the powers of a county court of Virginia in this respect.

---

## Case No. 1,355.

### BERRY v. DINSMORE.

[Cited in Muser v. American Exp. Co., 1 Fed. 383. Nowhere reported; opinion not now accessible.]